# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Rusty Miller,                                              Civil No. 11-2495 (RHK/LIB)

                       Plaintiff,                              **ORDER**

vs.

Renville County Sheriff's Department, et al.,

                       Defendants.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the

Court.

Dated:  September 7, 2011

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge