## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Rusty Miller, | Civil No. 11-2495 (RHK/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Renville County Sheriff's Department; Doug Pomplun, individually and official capacity; Daniel Fick, individually and official capacity; and Karla Koplin, individually and official capacity, | |
| Defendants. | |

Based upon the parties' Joint Stipulation and Motion for Dismissal (Doc. No. 19),

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorney's fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 15, 2012

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge