**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Rusty Miller,  Civil No. 11-2495 (RHK/LIB)

        Plaintiff,

**ORDER**

v.

Renville County Sheriff's Department;
Doug Pomplun, individually and official
capacity; Daniel Fick, individually and
official capacity; and Karla Koplin,
individually and official capacity,

        Defendants.

---

    Based upon the parties' Joint Stipulation and Motion for Dismissal (Doc. No. 19),

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorney's fees to either party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 15, 2012

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge